UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAIMIN JIMMY JEN,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 15-cv-03834-HSG

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 24

Plaintiff Kaimin Jimmy Jen has filed a motion to extend time to file an "answer" to the motion to strike, Dkt. No. 6, and motion to dismiss, Dkt. No. 7, filed by Defendant City and County of San Francisco ("San Francisco"). Dkt. No. 24. San Francisco has opposed the motion on the grounds that Mr. Jen already filed an opposition to its motions. Dkt. No. 25.

San Francisco is correct that Mr. Jen has already filed a consolidated opposition to Defendants' motion to strike and motion to dismiss, which is located at Docket No. 17. Because the Court does not require further briefing on these motions, Mr. Jen's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 20, 2015

                                                                            HAYWOOD S. GILLIAM, JR.
                                                                           United States District Judge