DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
E-Mail:         peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIMIN JIMMY JEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO, DENNIS HERRERA, RAFAEL TORES-GIL, MIKE KLOSE and DOES 4-50,<br><br>        Defendants. | Case No. CV-15-3834 HSG<br><br>**CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT; ORDER**<br><br>**[UNOPPOSED]**<br><br>**[CIVIL LOCAL RULE 6-3]** |

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (UNOPPOSED)**

        Pursuant to Civil Local Rule 6-3, Defendant City and County of San Francisco ("San Francisco") respectfully moves the Court to continue the case management conference, set for Tuesday July 19, 2016, at 2 p.m. (per the Court's Order of yesterday, Dkt. No. 29), to a new date of Tuesday August 2, 2016, at 2 p.m.

        Mr. Jen does not oppose the motion and has agreed with the request.  (Exh. A.)  The matters to be addressed under Civil Local Rule 6-3 are addressed in the following declaration of counsel.

//

Unopposed Motion to Cont. CMC
CASE NO.  CV-15-3834 HSG

1

c:\users\rileyn~1.can\appdata\local\temp\notes1a03dd\01120345.doc.docx

**DECLARATION OF PETER J. KEITH REGARDING GOOD CAUSE**

I, Peter J. Keith, declare as follows:

1.      I am a Deputy City Attorney for the San Francisco City Attorney's Office, counsel of record in this case for defendant City and County of San Francisco.  Unless otherwise indicated, I have personal knowledge of the facts set forth below.

2.      Yesterday, on July 11, 2016, the Court issued its Order on San Francisco's motion to dismiss and special motion to strike, which were heard on January 21, 2016.  Dkt. No. 29.  The Court's Order of July 11, 2016 also set a case management conference for Tuesday July 19, 2016 at 2 p.m. *Id.*

3.      Good cause for continuance of the case management conference exists, in that I have a pre-existing calendar conflict on Tuesday July 19.  On the following Tuesday July 26 at 2 p.m., I have another pre-existing calendar conflict; furthermore, the Court's scheduling notes on the Northern District website indicates that the Court is not setting hearings on that date.  I am available on August 2 at 2 p.m.

4.       Mr. Jen has agreed to the requested continuance.  A true and correct copy of Mr. Jen's email agreeing to the request is attached as Exhibit A.

5.      There has been no previous request to continue this case management conference.  The only prior request to modify a schedule in this case was when San Francisco requested two additional days to file its reply brief, after Mr. Jen's opposition brief was filed late.  Dkt. No. 20.

6.      The requested continuance is not expected to affect any other deadline in the case.

I declare under penalty of perjury of the laws of the United States and of California that the foregoing is true and correct.  Executed this 12th day of July 2016, in San Francisco, California.

*/s/ Peter J. Keith*
PETER J. KEITH

[continued on following page]

Unopposed Motion to Cont. CMC
CASE NO.  CV-15-3834 HSG

2

c:\users\rileyn~1.can\appdata\local\temp\notes1a03dd\01120345.doc.docx

1

**CONCLUSION**

2      For the foregoing reasons, San Francisco respectfully requests that the Court continue the case

3  management conference from July 19, 2016 at 2 p.m. to August 2, 2016 at 2 p.m.

4  Dated:  July 12, 2016

5                                        DENNIS J. HERRERA
                                         City Attorney
6                                        CHERYL ADAMS
                                         Chief Trial Deputy
7                                        PETER J. KEITH
                                         Deputy City Attorney
8
                                  By:  /s/  Peter J. Keith
9                                        PETER J. KEITH

10                                       Attorneys for Defendant
                                         CITY AND COUNTY OF SAN FRANCISCO
11

12                                       **ORDER**

13      Based on the above unopposed motion and good cause appearing, the Court ORDERS that the

14  case management conference currently set for Tuesday July 19, 2016, at 2 p.m. is continued to

15  Tuesday August 2, 2016, at 2 p.m.

16      IT IS SO ORDERED.

17
18  Dated:  July 15, 2016
                                         THE HONORABLE HAYWOOD S. GILLIAM JR.
19                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

---

Unopposed Motion to Cont. CMC                    3        c:\users\rileyn~1.can\appdata\local\temp\notes1a03dd\01120345.d
CASE NO.  CV-15-3834 HSG                                   oc.docx

**PROOF OF SERVICE**

I, SOPHIA GARCIA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On July 12, 2016, I served the following document:

**CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE;**

**DECLARATION IN SUPPORT;**

**[PROPOSED] ORDER**

**[UNOPPOSED]**

**[CIVIL LOCAL RULE 6-3]**

on the following persons at the locations specified:

Kaimin Jimmy Jen
450 Taraval Street, #129
San Francisco, CA 94116
Telephone: 415-688-0256
Email: deltadesign5138@gmail.com
*Plaintiff in Pro Per*

in the manner indicated below:

☒      **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 12, 2016, at San Francisco, California.

*/s/  Sophia Garcia*
SOPHIA GARCIA

Unopposed Motion to Cont. CMC
CASE NO.  CV-15-3834 HSG

4

c:\users\rileyn~1.can\appdata\local\temp\notes1a03dd\01120345.doc.docx