UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIMIN JIMMY JEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03834-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Notice is hereby given that the Case Management Conference previously set for December 13, 2016, is continued to December 29, 2016, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

　　　　**IT IS SO ORDERED.**

Dated: 12/12/2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge