UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIMIN JIMMY JEN,<br>　　　　Plaintiff,<br>　　v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>　　　　Defendants. | Case No. 15-cv-03834-HSG (DMR)<br><br>**ORDER TO SHOW CAUSE; ORDER RE-SETTING HEARING ON MOTION** |

　　A hearing on Defendant City and County of San Francisco's motion for sanctions was scheduled for August 24, 2017 at 11:00 a.m. in the above-entitled case. [*See* Docket No. 96 (Order Setting Hearing).] No appearance was made on behalf of Plaintiff Kaimin Jimmy Jen or Defendant. Before the court had the opportunity to issue an Order to Show Cause regarding the parties' failure to appear, defense counsel filed a letter explaining his absence. [Docket No. 108.] This letter would have been sufficient to discharge an Order to Show Cause. Therefore, IT IS HEREBY ORDERED that by **September 1, 2017**, Plaintiff Jen shall submit a statement explaining why he should not be sanctioned for failing to appear at the August 24, 2017 hearing.

　　The parties are hereby notified that the hearing on Defendant's motion for sanctions is re-set for **September 14, 2017 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

　　**IT IS SO ORDERED.**

Dated: August 24, 2017

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAIMIN JIMMY JEN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 4:15-cv-03834-HSG (DMR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kaimin Jimmy Jen
450 Taraval St #129
San Francisco, CA 94116

Dated: August 24, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU